Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4651 | **DATE** | November 4, 2003 |
| **CASE TITLE** | *Sembos v. Phillips* | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons set forth in the attached Memorandum and Order, this Court DENIES Plaintiff Sembos' Motion to Stay Enforcement of Bill of Costs Pending Appeal and OVERRULES the Objections to the Bill of Costs [66-1 and 66-2] and consequently taxes Sembos in the amount of $7,819.70.

(11) ☐ [For further detail see order on the reverse side of the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | NOV - 6 2003 | |
| | Notified counsel by telephone. | U.S. DISTRICT COURT | date docketed | 68 |
| | Docketing to mail notices. | | IS | |
| | Mail AO 450 form. | 03 NOV -6 PM 9:05 | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| RTS | courtroom deputy's initials | FILED JUDGE DOCKETED .1-03 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ATHANASIOS SEMBOS, | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Blanche M. Manning |
| v. | ) | |
| | ) | Case No. 00 C 4651 |
| PHILIPS COMPONENTS, | ) | |
| | ) | |
| Defendant. | ) | |

DOCKETED NOV - 6 2003

## MEMORANDUM AND ORDER

Plaintiff Athanasios Sembos ("Sembos") brought this action against Defendant Philips Components ("PC") for age discrimination (Count I), in violation of the Age Discrimination Employment Act ("ADEA"); breach of contract (Count II); and promissory estoppel (Count III). Following discovery and briefing by the parties, this Court granted PC's Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56. The instant matter comes before the Court on Sembos' Motion to Stay Enforcement of Bill of Costs Pending Appeal and Objections to the Bill of Costs. The Court will discuss each of these motions in turn.

## I. Motion to Stay Enforcement of Costs

Without citing to any authority, Sembos asks this Court to stay PC's Bill of Costs pending appeal of this matter. Other courts in this district which have been faced with such requests have denied such stays on the grounds that they are not provided by statute and would serve no useful purpose. See, e.g., Int'l Oil v. Uno-Ven Co., 1998 WL 895557, at *1 (N.D. Ill. Dec. 14, 1998); Ziemack v. Centel Corp., 1997 WL 97384, at *1 (N.D. Ill. Feb. 27, 1997). Accordingly, this Court DENIES Sembos' Motion to Stay.



## II.  Objections to Costs

Rule 54(d) provides that "[c]osts . . . shall be allowed as of course to the prevailing party unless the court otherwise directs." Fed. R. Civ. P. 54(d). Recoverable costs include: (1) fees of the clerk; (2) fees for transcripts; (3) fees for printing and witnesses; (4) fees for copies of papers necessarily obtained for use in the case; (5) docket fees; and (6) compensation of court appointed experts and interpreters. 28 U.S.C. § 1920. Rule 54(d) creates a strong presumption favoring the award of costs to the prevailing party. Weeks v. Samsung Heavy Indus. Co., Ltd., 126 F.3d 926, 945 (7 th Cir.1997). "The presumption is difficult to overcome, and the district court's discretion is narrowly confined--the court must award costs unless it states good reasons for denying them." Id. In objecting to costs, the "losing party must affirmatively demonstrate the prevailing party is not entitled to costs." LeMoine v. Combined Communications Corp., 1996 WL 435115, at *1 (N.D. Ill. July 31, 1996).

Here, Sembos objects to the following in the Bill of Costs: (1) $884.40 in travel expenses for the deposition of one of PC's witnesses; (2) the cost of videotaping a deposition; and (3) the $.020 per page for photocopying. With regard to the first objection, PC appears to have cured Sembos' main objection, that PC did not attach any receipts, by attaching a receipt for the airfare. Consequently, this Court finds that PC's request is sufficiently documented as required by 28 U.S.C. § 1821(c)(1) and reasonable.

As for the cost of videotaping depositions, it is permissible to tax the cost of both the transcript and the videotaping if they are both "necessary and reasonable." Vardon Golf Co., Inc. v. Karsten Manuf. Corp., 2003 WL 172066, at *2 (N.D. Ill. Mar. 31, 2003). Because the deponent here is a citizen of England, this Court finds that it was both necessary and

2

reasonable to have his deposition videotaped.

Finally, Sembos contends that PC's $0.20 per page charge for photocopying is excessive. After reviewing the relevant cases, this Court finds that $0.20 is a reasonable cost.

Accordingly, this Court OVERRULES Sembos' objections to PC's Bill of Costs.

## CONCLUSION

For the foregoing reasons, this Court DENIES Plaintiff Sembos' Motion to Stay Enforcement of Bill of Costs Pending Appeal and OVERRULES the Objections to the Bill of Costs [66-1 and 66-2] and consequently taxes Sembos in the amount of $7,819.70.

ENTER

*Blanche M. Manning*
BLANCHE M. MANNING
U.S. DISTRICT COURT JUDGE

DATE: 11-4-03